No. 89–1001.   SWIN RESOURCE SYSTEMS, INC. *v.* LYCOMING COUNTY, PENNSYLVANIA, ET AL.   C. A. 3d Cir.   Certiorari denied.

No. 89–1003.   MINERS ADVOCACY COUNCIL, INC. *v.* ALASKA DEPARTMENT OF ENVIRONMENTAL CONSERVATION ET AL.   Sup. Ct. Alaska.   Certiorari denied.

No. 89–1004.   DELANEY *v.* CALIFORNIA.   Ct. App. Cal., 3d App. Dist.   Certiorari denied.

No. 89–1005.   CARUSO ET AL. *v.* CITY OF NEW YORK ET AL.   Ct. App. N. Y.   Certiorari denied.

No. 89–1006.   MARTORANO *v.* UNITED STATES.   C. A. 3d Cir.   Certiorari denied.

No. 89–1007.   OXLEY *v.* CITY OF TULSA, OKLAHOMA, BY AND THROUGH THE TULSA AIRPORT AUTHORITY.   Sup. Ct. Okla.   Certiorari denied.

No. 89–1009.   TALAMAS *v.* UNITED STATES;
No. 89–1152.   CARY *v.* UNITED STATES; and
No. 89–6352.   BAUMAN *v.* UNITED STATES.   C. A. 5th Cir.   Certiorari denied.   Reported below: 887 F. 2d 546.

No. 89–1011.   HELTON *v.* ALABAMA.   Ct. Crim. App. Ala.   Certiorari denied.

No. 89–1013.   EAVES *v.* UNITED STATES.   C. A. 11th Cir.   Certiorari denied.

No. 89–1014.   McPHERSON ET UX. *v.* BARNES.   C. A. 8th Cir.   Certiorari denied.

No. 89–1015.   THOMAS *v.* OHIO.   Ct. App. Ohio, Washington County.   Certiorari denied.

No. 89–1017.   NZONGOLA *v.* SUPERIOR COURT OF FULTON COUNTY, GEORGIA.   Super. Ct. Ga., Fulton County.   Certiorari denied.

No. 89–1019.   SOUTH CAROLINA EDUCATION ASSN. ET AL. *v.* CAMPBELL, SECRETARY OF STATE OF SOUTH CAROLINA, ET AL.   C. A. 4th Cir.   Certiorari denied.